UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL HAYNES,[1]

    Plaintiff,

v.                            Case No. 3:14-cv-229-J-20JRK

F.S.P. CANTEEN WAREHOUSE
KEEFE, et al.,

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Michael Haynes, an inmate of the Florida penal system who is proceeding *pro se*, initiated this action by filing a civil rights Complaint (Doc. #1). The Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

---

[1] Plaintiff Haynes lists one other inmate, Inmate Braxton, as an additional Plaintiff. However, Inmate Braxton did not sign the Complaint, and it is clear that Plaintiff Haynes is not authorized to file this action on his behalf. See Gonzales v. Wyatt, 157 F.3d 1016, 1021 (5th Cir. 1998) ("where [a] document is tendered and signed by a nonlawyer on behalf of another, then there comes into play the underlying principle itself, namely that in federal court a party can represent himself or be represented by an attorney, but cannot be represented by a nonlawyer") (citing Eagle Associates v. Bank of Montreal, 926 F.2d 1305, 1308-09 (2nd Cir. 1991)).

28 U.S.C. § 1915(g).

This Court takes judicial notice of filings previously brought by Plaintiff Haynes in this Court that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:06-cv-407-J-32TEM; (2) 3:06-cv-737-J-33MMH; and, (3) 3:07-cv-254-J-32TEM. Because Haynes has had three or more prior qualifying dismissals and is not under imminent danger of serious physical injury,[2] this action will be dismissed without prejudice. Haynes may initiate a new civil rights action by filing a new civil rights complaint form and paying $400.00 (the $350.00 filing fee and a $50.00 administrative fee) to the Clerk of the Court.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff does not claim that he is in imminent danger of serious physical injury, and none of his allegations would support such a finding.

2

sa 3/6
c:
Michael Haynes